JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA  91403
Tel:  818 905 6611
Fax:  818 789 1375
Email:  jklowenstein@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETHE ODISIAN ) | CASE NO. CV 12-9521 SP |
| ) | |
| Plaintiff ) | ORDER AWARDING |
| ) | ATTORNEY FEES UNDER EAJA |
| VS. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social ) | |
| Security ) | |
| ) | |
| Defendant ) | |
| _____) | |

    Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

    IT IS HEREBY ORDERED

    That  EAJA fees are awarded in the amount of $4,500.00, subject to the terms of the stipulation.

Dated: November 15, 2013

_____
SHERI PYM
U.S. MAGISTRATE

1